UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                   23 CR 94 (PKC)

         -against-                                                ORDER

ALFREDO ASTORGA,

                           Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the arraignment previously scheduled for June 8, 2023 is adjourned until June 27, 2023 at 10:30 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to accommodate defense counsel's schedule.  Accordingly, the time between today and June 27, 2023 is excluded.

       SO ORDERED.

                                                                      P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
           June 13, 2023