UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                23 CR 94 (PKC)

-against-

ORDER

ALFREDO ASTORGA,

           Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

The sentencing originally scheduled for January 30, 2024 is moved up to January 25, 2024 at 11:00 a.m. in Courtroom 11D.

SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
        November 25, 2023