**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing is adjourned from April 30, 2024 to May 9, 2024 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 3/12/2024

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   *United States v. Astorga,* 23 Cr. 94 (PKC)

Dear Judge Castel:

By order dated March 8, 2024, the Court rescheduled sentencing in this case to April 30, 2024 at 2:00 PM. Due to the Government's availability, the Government respectfully requests an adjournment of the sentencing date to May 9, 2024 at 11:00 AM, which the Government understands is a date that works for the Court and the defendant.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Rebecca T. Dell
Thomas S. Burnett
Rebecca T. Dell
Assistant United States Attorneys
(212) 637-1064 / -2198